# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | |
|---|---|
| JAMES SWANN, JR. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMY L. HINKLE, et al., )<br>)<br>Defendants. ) | No.: 1:21-CV-319-CLC-CHS |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Plaintiff's motion to proceed *in forma pauperis* [Doc. 1] is **DENIED**, this prisoner's pro se complaint for relief filed under 42 U.S.C. § 1983 is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b), Plaintiff is **ASSESSED** the filing fee of $402.00, and the custodian of Plaintiff's inmate trust account is **DIRECTED** to submit payments toward the filing fee in the manner set forth in the memorandum opinion. The Clerk is **DIRECTED** to provide a copy of the memorandum opinion and this order to the Sheriff of Sullivan County and the Court's financial deputy.

Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ *LeAnna R. Wilson*
 CLERK OF COURT